UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CA 05 387 ML

| | | |
|---|---|---|
| JOHN CASPARIUS, Plaintiff | ) | Civil Action No.: |
| vs. | ) | |
| MICHAEL P. WEGNER, Defendant | ) | ***Jury Trial Demanded*** |

## COMPLAINT

**NOW COMES** the Plaintiff, John Casparius, by and through counsel, and for his complaint, states as follows:

## PARTIES

1. Plaintiff, John Casparius (hereinafter "Plaintiff"), is an individual residing in Monmouth, County of Androscoggin, State of Maine.

2. Defendant Michael P. Wegner (hereinafter "Defendant"), is an individual residing in Ringoes, County of Hunterdon, State of New Jersey.

## JURISDICTION AND VENUE

3. The incident that forms the subject matter of this Complaint occurred in the City of Providence, within the State of Rhode Island.

4. There is complete diversity between the parties as defined under 28 USC §1332.

5. The amount in controversy exceeds the amount of $75,000, as required under 28 U.S.C. §1332.

6. Venue is proper, where the cause of action arose within the State of Rhode Island.

## COUNT ONE – *Negligence*

7. The Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 5 above as if specifically set forth herein.

8. On or about October 14, 2002, at approximately 2:55 a.m., the Plaintiff was a passenger in a vehicle driven by the Defendant.

9. On said date and time, the Defendant was operating the vehicle on Smith Street in the City of Providence, Rhode Island, when he lost control of the vehicle crashing it into a tree.

10. Defendant owed a duty of care to the passengers within his vehicle, including the Plaintiff.

11. Defendant breached that duty of care by failing to exercise reasonable care, failing to exercise reasonable caution and control in the operation of his vehicle, including but not limited to, by striking a tree with his vehicle.

12. Defendant violated the applicable rules of the road by failing to maintain control of his vehicle, driving at an excessive speed and in causing the vehicle to leave the roadway, crashing into a tree.

13. The Defendant's actions constitute negligence.

14. At all times relevant hereto, the Plaintiff exercised reasonable caution and was in the exercise due care.

15. As a direct and proximate result of Defendant's negligence, the Plaintiff suffered property damage, great physical pain and suffering, significant emotional damages, current and future medical expenses, lost earnings and future earning capacity and permanent injuries.

**WHEREFORE**, the Plaintiff respectfully requests this Court award him compensatory damages in an amount to be proven at trial, together with prejudgment and post-judgment interest, costs of this action, and such other relief as this Court deems just.

## JURY DEMAND

The Plaintiff hereby demands a jury trial on all issues so triable.

PLAINTIFF
By his attorneys,


Joseph M. Codega, R.I. Bar No. 3612
Local Counsel for Plaintiff
571 Pontiac Avenue
Cranston, RI 02910
Telephone: (401) 941-7778
Facsimile: (401) 941-3055

Sean Farris/JC
Michelle Allott/JC

Sean Farris, Maine Bar No. 86143
Michelle Allott, Maine Bar No. 69248
*Pro Hac Vici* application pending
FARRIS LAW
134 US Route One
Falmouth, ME 04105
Telephone: (207) 781-7799


Dated: September 9, 2005