RECEIVED
OCT 31 2005
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN CASPARIUS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | C.A. No. 05-387 ML |
| vs. | ) | |
| | ) | |
| MICHAEL P. WEGNER, | ) | |
| | ) | |
| Defendant | ) | |

**NOTICE OF DISMISSAL**

**NOW COMES THE PLAINTIFF,** pursuant to the provisions of Rule 41(a)(1)(i) of the Federal Court Rules of Civil Procedure, and hereby dismisses the within matter with prejudice.

PLAINTIFF
By hi Attorney,

_______________________

Joseph M. Codega #3612
571 Pontiac Avenue
Cranston, RI 02910
Telephone: (401) 941-7778
Facsimile: (401)941-3055
Dated: October 10, 2005